UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARY GRILL,                                   :
                    Plaintiff,                    Civil Action
                                              :   No. 05-10453-RCL
        v.
                                              :
BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                             :

                    Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

      Please enter our appearance as counsel of record for defendants Biogen Idec Inc., William Rastetter and James Mullen in the above-captioned action.

Dated: April 5, 2005                       Respectfully submitted,
     Boston, Massachusetts

                                             /s/ James R. Carroll
                                             James R. Carroll (BBO #554426)
                                             Matthew J. Matule (BBO #632075)
                                             Michael S. Hines (BBO #653943)
                                             SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                             One Beacon Street
                                             Boston, Massachusetts 02108
                                             (617) 573-4800

                                             Counsel for Defendants