UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARY GRILL,                                      :
                   Plaintiff,      Civil Action
                                   :  No. 05-10453-RCL
        v.
                                                 :
BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                                :

                   Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to extend the time within which the defendants must answer, move, or otherwise respond to the complaint in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

| | |
|---|---|
| Dated: April 5, 2005<br>        Boston, Massachusetts | Respectfully submitted, |

 /s/ David Pastor                              
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

Of Counsel:

Eric J. Belfi
Aaron D. Patton
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, 8th Floor
New York, New York 10016
(212) 682-1818

Michael Goldberg
Dale MacDiarmid
GLANCY, BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
(310) 201-9150

Counsel for
Cary Grill

 /s/ James R. Carroll                              
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for
Biogen Idec Inc., William Rastetter and
James Mullen


SO ORDERED:

Dated: _____          _____
                                        Reginald C. Lindsay
                                        United States District Judge