UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARY GRILL,                                :
                    Plaintiff,             :   Civil Action
                                           :   No. 05-10453-RCL
        v.                                 :
                                           :
BIOGEN IDEC INC., WILLIAM RASTETTER        :
and JAMES MULLEN,                          :
                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT OF BIOGEN IDEC INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Biogen Idec Inc. hereby submits the following corporate disclosure statement:

Biogen Idec Inc., a Delaware corporation, has no parent corporation and, to its knowledge, no publicly held company owns more than 10% of its stock.

Dated: April 5, 2005
       Boston, Massachusetts

Respectfully submitted,

 /s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants