# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

CARY GRILL, Individually and On Behalf
of All Others Similarly Situated,
                Plaintiff

V.

BIOGEN IDEC INC., WILLIAM RASTETTER,
and JAMES MULLEN,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 10453 RCL**

TO: (Name and address of Defendant)

William Rastetter
c/o Biogen IDEC Inc.
14 Cambridge Center
Cambridge, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK: THORNTON

DATE: 3/10-05

(By) DEPUTY CLERK

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date              Signature of Server

            _____
            Address of Server



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 18, 2005

I hereby certify and return that on 3/18/2005 at 9:05AM I served a true and attested copy of the SUMMONS AND COMPLAINT AND CERTIFICATION in this action in the following manner: To wit, by delivering in hand to BETHANY BLACK, agent, person in charge at the time of service for WILLIAM RASTETTER, at C/O BIOGEN IDEC, INC., 14 CAMBRIDGE Center, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.60), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.88

_Michael R. Doyle_

Deputy Sheriff