## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>                    Defendants. | : : : : : : : : : : : : : | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>                    Defendants. | : : : : : : : : : : : : : | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>                    Defendants. | : : : : : : : : : : : : : | 1:05-cv-10801 (RCL) |

### **NOTICE OF FILING WITH CLERK=S OFFICE**

-1-

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits to Declaration of Nancy Freeman Gans in Support of the Motion of the Biogen Institutional Investor Group for Consolidation, Appointment of Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Co-Lead Counsel and Liaison Counsel.

The original documents are maintained in the case file in the Clerk=s Office.

DATED:    May 2, 2005
          Boston, Massachusetts

> Respectfully submitted:
>
> **MOULTON & GANS, P.C.**
>
> By: /s/ Nancy Freeman Gans
> Nancy Freeman Gans, BBO #184540
> 33 Broad Street, Suite 1100
> Boston, MA  02109
> Telephone:  (617) 369-7979
>
> *Proposed Liaison Counsel*
>
> **MILBERG WEISS BERSHAD
>   & SCHULMAN LLP**
> Steven G. Schulman
> Anita B. Kartalopoulos
> Peter E. Seidman
> One Pennsylvania Plaza
> New York, NY 10119
> (212) 594-5300

                    **ENTWISTLE & CAPPUCCI LLP**
                    Vincent R. Cappucci
                    Stephen D. Oestreich
                    Robert N. Cappucci
                    299 Park Avenue
                    New York, NY  10171
                    (212) 894-7200

                    *Proposed Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans