UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | : : : : : : : : : : : | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | : : : : : : : : : : : | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | : : : : : : : : : : : | 1:05-cv-10801 (RCL) |

**ASSENTED-TO MOTION OF THE BIOGEN INSTITUTIONAL INVESTOR GROUP
<u>TO RE-SCHEDULE THE MOTION HEARING</u>**

- 1 -

The New Jersey Carpenters Pension and Annuity Funds, Folksam Asset Management, Third Millennium Trading, LLP, the Deerfield Beach Non-Uniformed Municipal Employees Retirement Plan and the Plumbers and Pipefitters Local No. 520 Pension Fund (collectively, the "Biogen Institutional Investor Group" or "Movants"), by their counsel, hereby move this Court to reschedule the motion hearing now set for July 15, 2005 at 10:00 a.m. until July 21, 2005 at 2:30 p.m.  As grounds therefore, the Biogen Institutional Investor Group states that their counsel has a conflict with the original date.  The proposed new date has been arrived at after consultation with counsel for all parties, and with the Court's Courtroom Clerk.  All parties assent to this Motion.

WHEREFORE, the Biogen Institutional Investor Group moves this Court to reschedule the motion hearing to July 21, 2005 at 2:30 p.m.

DATED: July 11, 2005                                              Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  (617) 369-7979

*Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Anita B. Kartalopoulos
Peter E. Seidman
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
299 Park Avenue
New York, NY  10171
(212) 894-7200

*Proposed Co-Lead Counsel*

### LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on Friday, July 8, 2005, I spoke with Thomas J. Shapiro, Esquire, Shapiro, Haber & Urmy LLP, counsel for the London Pensions Fund Authority and National Elevator Industry Pension Fund;, concerning the within Motion.  I also consulted by telephone with Matthew J. Matule, Esquire, of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for all Defendants, concerning the within Motion.  All parties assent to this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans